UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. MELTZER d/b/a THE MOUNTAIN STATES LAW GROUP,<br><br>          Plaintiff,<br><br>          v.<br><br>THE TRIAL COURT OF THE COMMONWEALTH BY JOHN BELLOW, ITS ADMINISTRATOR,<br><br>          Defendant. | CIVIL ACTION NO. 1:22-cv-10230 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Trial Court of the Commonwealth by John Bellow its Administrator, in the above-entitled action.

Defendant,
THE TRIAL COURT OF THE
COMMONWEALTH BY JOHN BELLOW, ITS
ADMINISTRATOR,

By its Attorneys

MAURA HEALEY
ATTORNEY GENERAL


*/s/ James Bor-Zale*
James Bor-Zale, BBO # 699125
Special Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2597
James.Bor-Zale@mass.gov

Date: March 1, 2022

## <u>CERTIFICATE OF SERVICE</u>

I, James Bor-Zale, Special Assistant Attorney General, hereby certify that on March 1, 2022, I served a copy of the above **Notice of Appearance** upon counsel of record for the plaintiff by emailing a copy to:

Robert N. Meltzer, Esq.
The Mountain States Law Group
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
inbox@mountainstateslawgroup.com

*/s/ James Bor-Zale*
James Bor-Zale
Special Assistant Attorney General