UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT N. MELTZER d/b/a THE MOUNTAIN STATES LAW GROUP,<br><br>Plaintiff,<br><br>v.<br><br>THE TRIAL COURT OF THE COMMONWEALTH BY JOHN BELLO, ITS ADMINISTRATOR,<br><br>Defendant. | CIVIL ACTION NO. 1:22-cv-10230-FDS |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), Defendant The Trial Court of The Commonwealth By John Bello, Its Administrator ("Trial Court") respectfully moves the Court to dismiss the Complaint by the Plaintiff, Robert N. Meltzer d/b/a The Mountain States Law Group. As explained in more detail in the attached memorandum of memorandum of law, the Trial Court moves to dismiss on multiple grounds, including that Plaintiff has failed to plead adequate facts to establish standing, Plaintiff's Complaint is moot, Plaintiff's claims are barred by sovereign immunity and absolute judicial immunity, and fails to state a claim for relief.

WHEREFORE, Plaintiff's claims against the Trial Court should be DISMISSED.

Respectfully Submitted,

Defendant,

THE TRIAL COURT OF THE
COMMONWEALTH BY JOHN BELLO, ITS
ADMINISTRATOR,

By its Attorneys

MAURA HEALEY
ATTORNEY GENERAL


*/s/ James Bor-Zale*
James Bor-Zale, BBO # 699125
Special Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2597
James.Bor-Zale@mass.gov

Date:  April 25, 2022

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1, I, James Bor-Zale, Special Assistant Attorney General, hereby certify that, on April 14, 2022, as counsel for Defendant The Trial Court of The Commonwealth By John Bello, Its Administrator, I conferred with Plaintiff and have attempted in good faith to resolve or narrow the issue presented by this motion.

                                                  */s/ James Bor-Zale*
                                                  James Bor-Zale, BBO # 699125
                                                  Special Assistant Attorney General

Dated:  April 25, 2022

## CERTIFICATE OF SERVICE

      I, James Bor-Zale, Special Assistant Attorney General, hereby certify that this document will be filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF).

                                                  */s/ James Bor-Zale*
                                                  James Bor-Zale, BBO # 699125
                                                  Special Assistant Attorney General

Dated:  April 25, 2022