# EXHIBIT 3

## 2085CV00362 Adams Road Company LLC vs. Picconi, Nancie

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 04/03/2020
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Tortious Action
- Status Date:
- 04/03/2020
- Case Judge:
- Next Event:

**All Information** | Party | Event | Tickler | Docket | Disposition

### Party Information

**Adams Road Company LLC**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Foley, Esq., Paul C |
| | Bar Code |
| | 661073 |
| | Address |
| | Mountain, Dearborn, and Whiting |
| | 370 Main St |
| | Worcester, MA  01608 |
| | Phone Number |
| | (508)756-2423 |

**More Party Information**

**Picconi, Nancie**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Meltzer, Esq., Robert Nathaniel |
| | Bar Code |
| | 564745 |
| | Address |
| | Mountain States Law Group |
| | 33 Bradford St Off 19 |
| | Concord, MA  01742 |
| | Phone Number |
| | (978)254-6289 |

**More Party Information**

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/21/2020 11:00 AM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Frison, Hon. Shannon | Rescheduled |
| 10/20/2020 12:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Frison, Hon. Shannon | Held - Under advisement |
| 08/24/2021 02:00 PM | Civil A | | Rule 12 Hearing | Wrenn, Hon. Daniel M | Rescheduled |
| 10/21/2021 02:00 PM | Civil D | | Rule 12 Hearing | Sullivan, Hon. Susan E | Held - Under advisement |
| 01/20/2022 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Final Pre-Trial Conference | Hodge, Hon. David | Not Held |
| 02/01/2022 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Hodge, Hon. David | Rescheduled |
| 02/17/2022 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Hodge, Hon. David | Rescheduled |
| 03/08/2022 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Hodge, Hon. David | Held - Under advisement |

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/03/2020 | 07/02/2020 | 90 | 09/20/2021 |
| Answer | 04/03/2020 | 08/03/2020 | 122 | |
| Rule 12/19/20 Served By | 04/03/2020 | 08/03/2020 | 122 | |
| Rule 12/19/20 Filed By | 04/03/2020 | 08/31/2020 | 150 | |
| Rule 12/19/20 Heard By | 04/03/2020 | 09/30/2020 | 180 | |
| Rule 15 Served By | 04/03/2020 | 08/03/2020 | 122 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 15 Filed By | 04/03/2020 | 08/31/2020 | 150 | |
| Rule 15 Heard By | 04/03/2020 | 09/30/2020 | 180 | |
| Discovery | 04/03/2020 | 06/29/2022 | 817 | |
| Rule 56 Served By | 04/03/2020 | 09/02/2022 | 882 | |
| Rule 56 Filed By | 04/03/2020 | 09/30/2022 | 910 | |
| Final Pre-Trial Conference | 04/03/2020 | 11/28/2022 | 969 | |
| Judgment | 04/03/2020 | 04/04/2022 | 731 | |
| Under Advisement | 10/20/2020 | 11/19/2020 | 30 | 02/23/2021 |
| Status Review | 09/20/2021 | 10/08/2021 | 18 | 11/02/2021 |
| Under Advisement | 10/21/2021 | 11/20/2021 | 30 | 10/26/2021 |
| Under Advisement | 03/08/2022 | 04/07/2022 | 30 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/03/2020 | Complaint electronically filed With Jury Demand | 1 | Image |
| 04/03/2020 | Civil action cover sheet filed. | 2 | Image |
| 04/03/2020 | Case assigned to:<br>DCM Track F - Fast Track was added on 04/03/2020 | | |
| 04/06/2020 | Plaintiff Adams Road Company, Llc's Motion for<br>Special process Server | 3 | Image |
| 04/10/2020 | Endorsement on Motion for Appointment of Special Process Server (#3.0): ALLOWED<br>Notices mailed 4/13/2020<br><br>Judge: Wrenn, Hon. Daniel M | | Image |
| 04/30/2020 | Service Returned for<br>Defendant Picconi, Nancie: Service made at last and usual; | 4 | Image |
| 05/18/2020 | Defendant Nancie Picconi's Notice of<br>serving special motion t dismiss and motion to dismiss pursuant to G.L. C. 231  59 H and under rule 12 (b) (6) and 12 (b) (9) | 5 | Image |
| 05/18/2020 | Attorney appearance<br>On this date Robert Nathaniel Meltzer, Esq. added for Defendant Nancie Picconi | | |
| 06/04/2020 | Defendant Nancie Picconi's Motion to<br>Dismiss the Complaint pursuant to M.G.L. 231 §59H (Anti-SLAPP) and for Attorney's Fees and Costs, as well as pursuant to Mass. R. Civ. P. 12(b)(6) and (9) | 6 | Image |
| 06/04/2020 | Opposition to Defendant's Special Motion to Dismiss filed by Adams Road Company, Llc | 6.1 | Image |
| 06/04/2020 | Defendant Nancie Picconi's Reply to<br>the Plaintiff's Opposition to Defendant's Opposition to Defendant's Special Motion | 6.2 | Image |
| 06/04/2020 | Rule 9A notice of filing<br><br>and list of documents | 6.3 | Image |
| 07/30/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/30/2020 13:13:56<br>Notice Sent To:  Paul C Foley, Esq. Mountain, Dearborn, & Whiting 370 Main St, Worcester, MA 01608<br>Notice Sent To:  Robert Nathaniel Meltzer, Esq. Mountain States Law Group 33 Bradford St 25, Concord, MA 01742 | | |
| 09/18/2020 | Affidavit<br><br>of timothy Barlow | 7 | Image |
| 09/21/2020 | Event Result::  Rule 12 Hearing scheduled on:<br>          09/21/2020 11:00 AM<br>Has been: Rescheduled      For the following reason: By Court prior to date<br>Hon. Shannon Frison, Presiding<br>Staff:<br>          Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 09/21/2020 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/21/2020 11:19:13<br>Notice Sent To:  Paul C Foley, Esq. Mountain, Dearborn, & Whiting 370 Main St, Worcester, MA 01608<br>Notice Sent To:  Robert Nathaniel Meltzer, Esq. Mountain States Law Group 33 Bradford St 25, Concord, MA 01742 | | |
| 10/20/2020 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>          10/20/2020 12:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR - rm 25<br>Hon. Shannon Frison, Presiding<br>Staff:<br>          Laurie Jurgiel, Assistant Clerk Magistrate | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/23/2021 | Endorsement on Motion to Dismiss and for Attorney's Fees (#6.0): ALLOWED<br>After hearing as to (a portion of) Counts III and IV.  DENIED as to the remaining claims.  Plaintiff shall amend complaint per this order.  See Decision and Memorandum.<br><br>Notices mailed 02/23/21 | | Image |
| 02/23/2021 | MEMORANDUM & ORDER:<br><br>It is ORDERED that:<br><br>1.  The defendant's motion to dismiss under G.L. c. 231, § 59H is ALLOWED in part as to the portions of Counts III and IV seeking a declaration that the defendant was the cause of the surface water issues and seeking a prohibition against the defendant pursuing any further relief regarding the surface water issues from the town, ARC, or otherwise; and<br><br>2.  The defendant's motion to dismiss, seeking dismissal under G.L. c. 231, §59H and the other grounds set forth above, is otherwise DENIED as to the remaining claims.  However, the plaintiff shall amend its complaint to disclose more specifically when it alleges the tree-cutting occurred.<br><br>Judge: Frison, Hon. Shannon<br>Applies To: Adams Road Company, Llc (Plaintiff); Picconi, Nancie (Defendant)<br><br>(See Memorandum and Order)<br><br>Entered and copies mailed 02/23/21 | 8 | Image |
| 04/06/2021 | Plaintiff Adams Road Company, Llc's Notice of<br>motion to amend complaint | 9 | Image |
| 04/08/2021 | Plaintiff Adams Road Company, Llc's Assented to Motion to<br>Amend Complaint<br><br>(E-FILED) | 10 | Image |
| 04/13/2021 | Endorsement on Motion to Amend Complaint (#10.0): ALLOWED<br>Notices mailed 4/13/21<br><br>Judge: Hodge, Hon. David | | Image |
| 04/13/2021 | Amended: original complaint filed by Adams Road Company LLC<br>- CJ | 11 | Image |
| 04/26/2021 | General correspondence regarding Rule 9E Notice of Serving Motion to Dismiss Pursuant to Rule 12(b)(6) | 12 | Image |
| 04/28/2021 | Pleading titled, Plaintiff's Opposition to Defendant's Motion to Dismiss RETURNED to Counsel - No Motion to Dismiss has been filed, filed with the court on 04/28/2021, returned to Paul C Foley, Esq. | | |
| 05/10/2021 | Defendant Nancie Picconi's Motion to<br>Dismiss the Amended Complaint Pursuant to Mass. R. Civ. P. 12(b)(6) | 13 | Image |
| 05/10/2021 | Opposition to to Defendant's Motion to Dismiss Pursuant to Mass. R. Civ. P. 12(b)(6) filed by Adams Road Company LLC | 13.1 | Image |
| 05/10/2021 | Rule 9A list of documents filed.<br><br>and Notice of Filing | 13.2 | Image |
| 07/20/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  07/20/2021 09:05:51<br>Notice Sent To:  Paul C Foley, Esq. Mountain, Dearborn, and Whiting 370 Main St, Worcester, MA 01608<br>Notice Sent To:  Robert Nathaniel Meltzer, Esq. Mountain States Law Group 33 Bradford St 25, Concord, MA 01742 | | |
| 08/04/2021 | Plaintiff Adams Road Company LLC's Joint Motion to continue / reschedule an event 08/24/2021 02:00 PM Rule 12 Hearing<br>(E-FILED) | 14 | Image |
| 08/09/2021 | Event Result::  Rule 12 Hearing scheduled on:<br>       08/24/2021 02:00 PM<br>Has been: Rescheduled          For the following reason: Joint request of parties<br>Hon. Daniel M Wrenn, Presiding<br>Staff:<br>       Cheryl Riddle, Assistant Clerk Magistrate | | |
| 08/09/2021 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  08/09/2021 16:14:32<br>Notice Sent To:  Paul C Foley, Esq. Mountain, Dearborn, and Whiting 370 Main St, Worcester, MA 01608<br>Notice Sent To:  Robert Nathaniel Meltzer, Esq. Mountain States Law Group 33 Bradford St 25, Concord, MA 01742 | | |
| 08/09/2021 | Endorsement on Motion to continue (#14.0): ALLOWED<br>notices mailed 08/10/2021.<br><br>Judge: Wrenn, Hon. Daniel M | | Image |
| 10/21/2021 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>       10/21/2021 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR - rm 25<br>Hon. Susan E Sullivan, Presiding<br>Staff:<br>       Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 10/22/2021 | Endorsement on Motion to Dismiss the Amended Complaint (#13.0): Other action taken<br>After hearing, motion is DENIED IN PART and ALLOWED IN PART. See decision and order. Notices mailed 10/27/21<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 10/27/2021 | MEMORANDUM & ORDER:<br><br>ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO MASS.R.CIV.P.12(B)(6)- See Decision and Order. Entered and Copies mailed 10/27/21<br><br>Judge: Sullivan, Hon. Susan E | 15 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/02/2021 | The following form was generated:<br><br>Notice to Appear for Final Pre-Trial Conference<br>Sent On:  11/02/2021 11:17:48<br>Notice Sent To:  Paul C Foley, Esq. Mountain, Dearborn, and Whiting 370 Main St, Worcester, MA 01608<br>Notice Sent To:  Robert Nathaniel Meltzer, Esq. Mountain States Law Group 33 Bradford St Off 19, Concord, MA 01742 | | |
| 11/09/2021 | Amended: SECOND amended complaint filed by Adams Road Company LLC<br>(E-FILED) | 16 | Image |
| 11/24/2021 | Defendant Nancie Picconi's Notice of<br>(Rule 9E) Serving Motion to Dismiss Pursuant to Rule 12(b)(6)<br><br>(E-FILED) | 17 | Image |
| 12/06/2021 | Plaintiff Adams Road Company LLC's Assented to Motion to extend tracking deadline(s) (E-FILED) | 18 | Image |
| 12/07/2021 | Endorsement on Motion to Extend Tracking Order (#18.0): ALLOWED<br>Tracking order amended. Notices mailed 12/8/21<br><br>Judge: Sullivan, Hon. Susan E | | Image |
| 12/08/2021 | Event Result::  Final Pre-Trial Conference scheduled on:<br>          01/20/2022 02:00 PM<br>Has been: Not Held     For the following reason: Joint request of parties<br>Hon. David Hodge, Presiding | | |
| 01/06/2022 | Defendant Nancie Picconi's Motion to dismiss<br>the second amended complaint pursuant to Mass. R. Civ. P. 12(b)(6) or in the alternative for a more definite statement under Mass. R. Civ. P. 12(e) | 19 | Image |
| 01/06/2022 | Objection to to Defendant's Motion to dismiss or in the alternative a motion or a more definitive statement (p#19) filed by Adams Road Company LLC | 19.1 | Image |
| 01/06/2022 | Defendant Nancie Picconi's Reply to<br>the Plaintiff's opposition to the Defendant's motion to dismiss the second amended complaint and opposition to the request for "expedited hearing" | 19.2 | Image |
| 01/06/2022 | Plaintiff Adams Road Company LLC's Request for<br>an expedited hearing | 19.3 | Image |
| 01/06/2022 | Rule 9A list of documents filed.<br><br>and notice of filing | 19.4 | Image |
| 01/13/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  01/13/2022 12:42:27 | | |
| 01/28/2022 | Event Result::  Rule 12 Hearing scheduled on:<br>          02/01/2022 02:00 PM<br>Has been: Rescheduled     For the following reason: By Court prior to date<br>Hon. David Hodge, Presiding<br>Staff:<br>          Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 01/31/2022 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  01/31/2022 09:39:33 | | |
| 02/15/2022 | Defendant Nancie Picconi's Motion to<br>Supplement Motion to Dismiss the Second Amended Complaint<br><br>(E-FILED) | 20 | Image |
| 02/15/2022 | Opposition to P#20 filed by Adams Road Company LLCto Defendant's Motion to Supplement Motion to Dismiss the Second Amended Complaint<br><br>(E-FILED) | 20.1 | Image |
| 02/15/2022 | Rule 9A list of documents filed.<br><br>and Notice of Filing<br><br>(E-FILED) | 20.2 | Image |
| 02/15/2022 | Reply/Sur-reply<br><br>of Defendant, Nancie Picconi's to Plaintiff's Opposition to the Defendant's Motion to Supplement the Motion to Dismiss the Second Amended Complaint to Add Supplemental Case Law (P#19.1)<br><br>Applies To: Meltzer, Esq., Robert Nathaniel (Attorney) on behalf of Picconi, Nancie (Defendant) | 21 | Image |
| 02/17/2022 | Event Result::  Rule 12 Hearing scheduled on:<br>          02/17/2022 02:00 PM<br>Has been: Rescheduled     For the following reason: By Court prior to date<br>Hon. David Hodge, Presiding<br>Staff:<br>          Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 03/08/2022 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>          03/08/2022 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR 25<br>Hon. David Hodge, Presiding<br>Staff:<br>          Laurie Jurgiel, Assistant Clerk Magistrate | | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

**From:** Amanda L Calocci [mailto:amanda.calocci@jud.state.ma.us]
**Sent:** Tuesday, March 8, 2022 10:12 AM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>; Paul Foley <Foley@mountaindearborn.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

The court no longer uses the dial in number. If someone would like to log into the zoom to participate or listen they may.

**From:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Sent:** Tuesday, March 08, 2022 8:56 AM
**To:** Amanda L Calocci <amanda.calocci@jud.state.ma.us>; Paul Foley <Foley@mountaindearborn.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi. I'll also need the audio dial in number. Rob

1

Robert N. Meltzer
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
978 254 6289
r.meltzer@mountainstateslawgroup.com



**From:** Amanda L Calocci [mailto:amanda.calocci@jud.state.ma.us]
**Sent:** Tuesday, March 8, 2022 8:39 AM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>; Paul Foley <Foley@mountaindearborn.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

Good morning! Sorry for the delay I had left early yesterday! The hearing is today at 2:00pm

Meeting ID 161 0474 2055
Passcode: 780264

Thank you!

**From:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Sent:** Monday, March 07, 2022 3:29 PM
**To:** Paul Foley <Foley@mountaindearborn.com>; Amanda L Calocci <amanda.calocci@jud.state.ma.us>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Actually, that's a great question. Amanda?

Robert N. Meltzer
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
978 254 6289
r.meltzer@mountainstateslawgroup.com



**From:** Paul Foley [mailto:Foley@mountaindearborn.com]
**Sent:** Monday, March 7, 2022 3:28 PM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>; Amanda L Calocci

2

<amanda.calocci@jud.state.ma.us>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

I assume the time is 2:00?

**Paul C. Foley**
**Mountain Dearborn**
508-459-7272

---

**From:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Sent:** Monday, March 7, 2022 3:26 PM
**To:** Amanda L Calocci <amanda.calocci@jud.state.ma.us>
**Cc:** Paul Foley <Foley@mountaindearborn.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

Amanda, can you confirm the dial in number and meeting number for tomorrow's hearing? Thanks. Rob


**Robert N. Meltzer**
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
978 254 6289
r.meltzer@mountainstateslawgroup.com



**From:** Amanda L Calocci [mailto:amanda.calocci@jud.state.ma.us]
**Sent:** Tuesday, March 1, 2022 11:21 AM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

March 8th it is! Thank you

**From:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Sent:** Friday, February 18, 2022 7:37 AM
**To:** Amanda L Calocci <amanda.calocci@jud.state.ma.us>
**Cc:** Paul Foley (foley@mountaindearborn.com) <foley@mountaindearborn.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

March 8 would be fine. Rob


**Robert N. Meltzer**
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
978 254 6289
r.meltzer@mountainstateslawgroup.com

3



**From:** Amanda L Calocci [mailto:amanda.calocci@jud.state.ma.us]
**Sent:** Thursday, February 17, 2022 2:29 PM
**To:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

Please let me know when one of those dates works best for the both of you. Hearing is most likely to be by Zoom.

**From:** r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Sent:** Wednesday, February 16, 2022 5:57 PM
**To:** Paul Foley <Foley@mountaindearborn.com>; Amanda L Calocci <amanda.calocci@jud.state.ma.us>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

Agreed. At this point I have filed suit against the Trial Court in federal court over the mask mandate. Rob

**Robert N. Meltzer**
Wheelhouse at the Bradford Mill
33 Bradford Street
Concord, MA 01742
978 254 6289
r.meltzer@mountainstateslawgroup.com



**From:** Paul Foley [mailto:Foley@mountaindearborn.com]
**Sent:** Wednesday, February 16, 2022 5:12 PM
**To:** Amanda L Calocci <amanda.calocci@jud.state.ma.us>; r.meltzer mountainstateslawgroup.com <r.meltzer@mountainstateslawgroup.com>
**Subject:** RE: Adams Road Company v. Picconi 2085cv362

Right now, either of those dates work depending on where and when the hearing will take place.

**Paul C. Foley**
**Mountain Dearborn**
508-459-7272

**From:** Amanda L Calocci <amanda.calocci@jud.state.ma.us>
**Sent:** Wednesday, February 16, 2022 3:26 PM
**To:** Paul Foley <Foley@mountaindearborn.com>; inbox@mountainstateslawgroup.com
**Subject:** Adams Road Company v. Picconi 2085cv362

Good afternoon! Unfortunately, due to court scheduling we will need to reschedule the Motion to Dismiss currently scheduled for tomorrow (2/17/22). If counsel can agree, we have March 1st and March 8th available. Please discuss in a separate thread and let me know if either of these work. Thank you!


Amanda Calocci
Case Coordinator
Worcester Superior Court
508-831-2344